[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 5, 2009
THOMAS K. KAHN
CLERK

No. 09-11703
Non-Argument Calendar

_____

D. C. Docket No. 97-00364-CR-1-MHS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PETER UNAKALU,
a.k.a. Eromsele Hakeem,
a.k.a. Omokehinde Lawrence,
a.k.a. Patrick Eromesele,
a.k.a. Gabirel Ujochokw Ezenia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(October 5, 2009)

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Peter Unakalu appeals his sentence of 24 months' imprisonment imposed following the district court's revocation of his supervised release, pursuant to 18 U.S.C. § 3583(e). After imposing sentence, the court failed to elicit the parties' objections, if any, as required by United States v. Jones, 899 F.2d 1097, 1102 (11th Cir. 1990), overruled in part on other grounds, United States v. Morrill, 984 F.2d 1136 (11th Cir. 1993). We therefore vacate Unakalu's sentence and remand the case with the instruction that the district court, in sentencing the defendant, elicit the parties' objections in accordance with Jones.

VACATED and REMANDED, with instruction.